UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:15-CR-111-F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JONATHON PAUL JOHNSON | ) | |

THIS CAUSE came upon the Notice of the United States to dismiss the Criminal Information (7:15-CR-111-F1) against the above-named defendant, and for good cause shown, leave for filing of the foregoing dismissal is hereby GRANTED.

ORDERED on this 18 day of November, 2016.

_James C. Fox_
JAMES C. FOX
Senior United States District Judge